# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD ANTHONY HUFF,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES COURT,<br><br>    Respondent. | Case No. EDCV 21-01211 AB (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: August 03, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE